

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00289-CV

### Trial Court No. C1329498

**Allstate Texas Lloyds**

**Vs.**

**Susie Smith**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Joni Sullivan |
| Motion fee | $10.00 | Joni Sullivan |
| Clerk's record | $40.00 | MICHAEL YANOF |
| Reporter's record | $109.00 | Cassie J. Dallas |
| Filing | $100.00 | Joni Sullivan |
| Indigent | $25.00 | Joni Sullivan |
| Supreme Court chapter 51 fee | $50.00 | Joni Sullivan |
| Required Texas.gov efiling fee | $20.00 | Joni Sullivan |
| **TOTAL:** | $364.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 23rd day of March 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk